# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-12408

_____

BLAKE ANDREW WARNER,

                                                     Plaintiff-Appellant,

*versus*

SCHOOL BOARD OF HILLSBOROUGH COUNTY, FLORIDA,

                                                     Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:23-cv-00181-SDM-JSS

_____

2 Order of the Court 23-12408

_____

No. 23-12411

_____

BLAKE ANDREW WARNER,

                              Plaintiff-Appellant,

*versus*

SCHOOL BOARD OF HILLSBOROUGH COUNTY, FLORIDA,

                              Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:23-cv-01029-SDM-SPF

_____

ORDER:

23-12408               Order of the Court                3

The motions to consolidate these appeals, filed by Appellant Blake Andrew Warner, are GRANTED.[1]

/s/ Kevin C. Newsom
UNITED STATES CIRCUIT JUDGE

---

[1] To the extent that Appellant has requested that this Court waive the filing fees for Case No. 23-12408, the request is DENIED as MOOT since he has paid the fees.