# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

January 8, 2025

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303


      Re:  Blake Andrew Warner
             v. Hillsborough County School Board
             No. 24-718
             (Your No. 23-12408, 23-12411)


Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on January 2, 2025 and placed on the docket January 8, 2025 as No. 24-718.


             Sincerely,

             **Scott S. Harris**, Clerk

             by

             Rashonda Garner
             Case Analyst